**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Virgil E. Johnson, Jr.,

        Plaintiff,                        Case No. 2:25-cv-1409

        v.                          District Judge James L. Graham
                                        Magistrate Judge Kimberly A. Jolson

Annette Chambers-Smith, *et al.,*

        Defendants.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's March 31, 2026 Report and Recommendation, which recommended that the Court dismiss the complaint for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Report and Recommendation was issued after plaintiff failed to respond to a December 15, 2025 Deficiency Order directing him to correct certain deficiencies in his complaint, which was unsigned and lacked any factual allegations. The Deficiency Order warned plaintiff that failure to correct his complaint may result in dismissal of the case.

Plaintiff has not objected to the Report and Recommendation. The Court notes that the mailing packet to plaintiff of the Report and Recommendation was returned to the Clerk of Court as undeliverable.[1] Plaintiff was a state court inmate at the time he commenced his suit. The Court takes notice that according to the Ohio Department of Rehabilitation and Correction's "Offender Search" tool, plaintiff has been released on parole since March 8, 2026. He has not updated his address with the Clerk. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994) (a plaintiff has an affirmative duty to notify the court of any change of address).

Accordingly, the Court adopts the Report and Recommendation (Doc. 7). This action is dismissed without prejudice for failure to prosecute. Plaintiff's various motions (Docs. 1, 2, 3) are denied as moot. The Clerk shall mail a copy of this Order to plaintiff's last known address (*see* Doc. 5-1): Northeast Ohio Correctional Center, 2240 Hubbard Rd., Youngstown, OH 45505.

DATE: April 23, 2026                    *s/ James L. Graham*
                                      JAMES L. GRAHAM
                                      United States District Judge

---

[1] The Deficiency Order appears to have been successfully delivered.